UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

WALTER LEE MCCARTY III          )          Civil Action No.:   1:22-cv-12091-JGD
    PLAINTIFF,                 )
                                               )

v.                              )
                                              )

JANE DOE,                       )
     DEFENDANT,            )
                                              )

MICHELLE S. TUEGEL,             )
     DEFENDANT,            )
                                              )

UNIVERSITY OF                   )
     EVANSVILLE            )
     DEFENDANT,            )
_____)

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION UNDER
SEAL REGARDING USE OF PSEUDONYM/NAME OF JANE DOE

Plaintiff moves for leave to file motion under seal regarding use of pseudonym/name of

Jane Doe as Defendant.

In support of this motion, Plaintiff states that the Defendant named Jane Doe above is a

pseudonym, and that leave is requested to file a motion under seal to protect the identity of

the Defendant while a motion is made, and pending a ruling on the motion, as to whether the

pseudonym is permitted to be used.

     WHEREFORE, PLAINTIFF PRAYS AND REQUESTS THAT THE COURT ALLOW PLAINTIFF TO
FILE A MOTION UNDER SEAL REGARDING USE OF THE PSEUDONYM NAME, JANE DOE.

Feburary 7, 2022

Respectfully Submitted,
Walter McCarty,
By His Attorneys,

/s/  Robert E. Daidone

_____

Robert E. Daidone, Esq.
BBO#544438
44 School Street, Ste. 700
 Boston, MA. 02108
(617) 722-9310
(617) 531-2026
daidoner57@msn.com

/s/ Earl Miller by RD

 _____

 Earl Miller, Esq.
 BBO# 346660
 P.O. Box 5628
 Boston, MA.
 (617) 723-3225
 elmlawyer@aol.com